**ORIGINAL**

FILED

03/03/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0657

## IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0657

---

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

DANIEL E. NEWBY,

     Defendant and Appellant.

---

FILED

MAR 03 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

**O R D E R**

Appellant Daniel E. Newby has filed a second motion for a 60-day extension of time within which to file his opening brief.

Upon consideration of Appellant's motion for extension of time,

IT IS HEREBY ORDERED that Appellant's motion for extension is GRANTED. Appellant has until May 9, 2022, within which to file his opening brief.

DATED this 3rd day of March, 2022.

For the Court,

_____
Chief Justice